UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In re:  
    Robert James Kinnun  
    Ann Louise Hickman  
     DBA Hickman Rentals  
      Debtor(s)

Case No. 09-24519-dob

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Thomas McDonald, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/17/2009.

2) The plan was confirmed on 02/04/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/09/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 01/05/2015.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 63.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $47,311.00.

10) Amount of unsecured claims discharged without payment: $355,973.06.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $30,984.01 |
| Less amount refunded to debtor | $1,216.50 |

**NET RECEIPTS:** $29,767.51

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $10,400.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,301.37 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $11,701.37

Attorney fees paid and disclosed by debtor: $500.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 75th District Court | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATES COMMERCAIL CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Bank One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase Bank USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chemical Bank | Unsecured | 123,000.00 | 123,000.00 | 123,000.00 | 4,315.08 | 0.00 |
| Chemical Bank | Secured | 176,000.00 | NA | NA | 0.00 | 0.00 |
| Chemical Bank | Secured | 20,000.00 | NA | NA | 0.00 | 0.00 |
| Citimortgage Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| City of Midland | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| City of Midland | Unsecured | 71.00 | 542.11 | 542.11 | 19.02 | 0.00 |
| City of Midland | Secured | NA | 13,174.41 | 9,042.22 | 0.00 | 0.00 |
| Consumers Energy Company | Unsecured | 700.00 | 591.92 | 591.92 | 20.76 | 0.00 |
| COPOCO Community Credt Union | Unsecured | 29,000.00 | 27,355.89 | 27,355.89 | 959.70 | 0.00 |
| Countrywide Home Loans | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DANE WRIGHT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DAVID ALSGAARD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Discover Bank | Unsecured | 9,807.00 | 10,279.76 | 10,279.76 | 360.66 | 0.00 |
| Douglas Lavier and Cathy Brown | Unsecured | 102,000.00 | NA | NA | 0.00 | 0.00 |
| East Bay Funding LLC-EFT | Unsecured | 21,188.00 | 23,069.15 | 23,069.15 | 809.30 | 0.00 |
| East Bay Funding LLC-EFT | Unsecured | 4,591.00 | 4,874.38 | 4,874.38 | 170.99 | 0.00 |
| Fashion Bug | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| First USA & Bank One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| First USA & Bank One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Fisher Sand & Gravel | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FOURNIER BUILDERS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB/HH GREGG | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GENZINK STEEL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GMAC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 14,519.00 | NA | NA | 0.00 | 0.00 |
| HSBC/Best Buy | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HSBC/Elder Beerman | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 0.00 | 2,512.00 | 2,512.00 | 2,512.00 | 0.00 |
| J & D PLUMBING AND HEATING | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| Jacks Tree Service | Unsecured | 0.00 | 2,200.00 | 2,200.00 | 77.18 | 0.00 |
| KEVIN WILKINSON | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Kohl's Department Store | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LJ Ross Associates | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MCNALLY-NIMERGOOD CO | Secured | NA | 4,755.00 | 4,755.00 | 0.00 | 0.00 |
| MI Department of Treasury | Unsecured | NA | 1,005.50 | 1,005.50 | 35.28 | 0.00 |
| MI Department of Treasury | Priority | 3,200.00 | 609.10 | 609.10 | 0.00 | 0.00 |
| MI Department of Treasury | Unsecured | 0.00 | 346.58 | 346.58 | 0.00 | 0.00 |
| MI Department of Treasury | Priority | NA | 2,297.11 | 2,297.11 | 2,297.11 | 0.00 |
| Mid Mich Regional Medical Center | Unsecured | 402.00 | NA | NA | 0.00 | 0.00 |
| Midland County Treasurer | Secured | 1,500.00 | 4,301.03 | 4,038.31 | 4,038.31 | 1,048.87 |
| NCO Financial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| OTIS ELEVATOR | Unsecured | 49,980.00 | NA | NA | 0.00 | 0.00 |
| PRA Receivables Management LLC EFT | Unsecured | 3,116.00 | 3,233.78 | 3,233.78 | 113.44 | 0.00 |
| PRA Receivables Management LLC EFT | Unsecured | 1,468.00 | 1,951.68 | 1,951.68 | 68.46 | 0.00 |
| PRA Receivables Management LLC EFT | Unsecured | 8,456.00 | 9,233.07 | 9,233.07 | 323.92 | 0.00 |
| Precision Lawn | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| RCS MORTGAGE | Unsecured | 454,460.00 | 483,423.23 | 483,423.23 | 0.00 | 0.00 |
| Resurgent Capital Services LP CDA-1058 | Unsecured | 22,505.00 | 25,042.09 | 25,042.09 | 878.52 | 0.00 |
| ROBERT BOURNE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Safeco Insurance | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| Shermeta, Adams & VonAllmen | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Stanford LP Gas | Unsecured | 2,572.00 | NA | NA | 0.00 | 0.00 |
| STEVE KLOTZ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Target National Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TIMOTHY EVANS | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| TONY ZABLOCKI | Unsecured | 62,000.00 | NA | NA | 0.00 | 0.00 |
| UNVL/CITI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VICTOR HOLYSZKO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WILD'S PLUMBING AND HEATING | Unsecured | 500.00 | 500.00 | 500.00 | 17.54 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $501,258.76 | $4,038.31 | $1,048.87 |
| **TOTAL SECURED:** | **$501,258.76** | **$4,038.31** | **$1,048.87** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $5,418.21 | $4,809.11 | $0.00 |
| **TOTAL PRIORITY:** | **$5,418.21** | **$4,809.11** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$233,225.91** | **$8,169.85** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $11,701.37 |
| Disbursements to Creditors | $18,066.14 |
| **TOTAL DISBURSEMENTS :** | **$29,767.51** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/30/2015            By: /s/ Thomas McDonald
                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**